AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 12 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

Allen Johnson Jr.
_____
Petitioner

v.                                  Case No. 3:22cv715-TSL-MTP
                                    (Supplied by Clerk of Court)

Hinds County Sheriff Department
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ALLEN JOHNSON JR
   (b) Other names you have used: ALLEN JOHNSON
2. Place of confinement:
   (a) Name of institution: Hinds County Dentention Center
   (b) Address: 1450 Raymond MS. 39154
   (c) Your identification number: 7700019096
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:
   Hinds County Sheriff For Pretrial
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Hinds County Circuit Court First Judicial District 407 East Pascagoula St Jackson MS. 39201
   (b) Docket number, case number, or opinion number: Cause Number 18-0-145
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The Petitioner has been incarcerated on the charge since 9/21/17 at total of 5 years and 3 months without a trial challenging Due Process and rights to a fast and speed trial
   (d) Date of the decision or action: on going

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: State of Mississippi Surpreme Appeal Court
       (2) Date of filing: December 22, 2021
       (3) Docket number, case number, or opinion number: CASE NO: 2021-M-01399
       (4) Result: Motion denied
       (5) Date of result: Petition denied March 31, 2022
       (6) Issues raised: Violation of Constitutional Rights of THH UNITED STATES CONSTITUTIONS ~~18 U.S.C. 3161, and Rule 48(b)~~ of The Federal rules of Criminal Procedures, Mississippi Rules of Criminal Procedures ~~Rule 11.6(b)~~

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No   Filing Now

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: **N/A**
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal: **Filing NOW to The U.S. District Court SOUTHERN DISTRICT OF MISSISSIPPI.**

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: **N/A**
    (2) Date of filing:
    (3) Docket number, case number, or opinion number: **N/A**
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: **Second is not Complete**

10. **Motion under 28 U.S.C. § 2255** **N/A**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☐ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
     ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide: N/A
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☒ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number: N/A
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Petitioner is held in Hinds Custody for (5) five years and (3) three months without trial, bail, or any other relief.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Petitioner is incarcerated for a First degree murder dating September 21, 2017 without any relief

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** Two (2) Attorney's file demands, and dismissal

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitoner has not had effective assistant of Counsel.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** Petitoner has been assinged a New Judge Has been transported to Court November 7, 2022 and December 5, 2022 and was not taken to the Court room Plus there was No one Present to repersent him

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner has been neglected by Attorney's and The officer of the Court as well. Never went before New Judge Betty Sanders. Never entered her courtroom.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The Sheriff department use's Malicious tatics to prevent Petitioner's pursuit to legally defend self, by tampering with mail Legal mail

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Withheld certified mail, and opens Legal mail wrote a compliant to Supreme cout. In motion to dismiss was not allowed to receive litigation.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes  2nd  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I did to the best of my Knowledge, The County officer are incompetent and mail tampers.

**Request for Relief**

15. State exactly what you want the court to do: Order the Hinds County Court Circuit Court to abide by the Laws of the United States of America by Honoring the Constitutions as Stated 5, 6, 8, 14. Dismiss Hinds County Circuit Court No: 18-0-145, and restore Petitioner's Liberty.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Dec. 7, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Dec. 6, 2022                    Allen Johnson Jr.
                                       _Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_